UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x  16-cv-06290 (FPG)

RICHARD CRANNELL,

        Plaintiff

       -against-

MERCANTILE ADJUSTMENT BUREAU, LLC,

        Defendant
-------------------------------------------------------------------x

NOTICE OF VOLUNTARY DISMISSAL

   PLEASE TAKE NOTICE, as no party named herein is an infant or an incompetent person and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, RICHARD CRANNELL, with prejudice and without costs and/or attorneys fees as to any party named herein.

DATED: New York, New York
          August 12, 2016

                                        ROBERT L. ARLEO, ESQ. P.C.
                                        By: *Robert L. Arleo*
                                            ROBERT L. ARLEO
                                            380 Lexington Avenue, 17th Fl.
                                            New York, New York  10168
                                            Attorney for the Plaintiff
                                            Phone: (212) 551-1115
                                            Fax: (518) 751-1801
                                            Email: robertarleo@gmail.com